NICCND (9/19/23)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 8, 2024

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Maria Consuelo Arteaga**
Debtor(s)

Case No. **23–32921–thp7**

**Notice of Intent to Close Case Without Entry of Discharge**

It appearing a certificate of debtor education has not been filed by each debtor,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a discharge order for a noncomplying debtor, and without further notice per 11 USC § 727(a)(11), unless, within 15 days of the FILED date above, a certificate of debtor education is filed by the debtor with the clerk. If the certificate is filed after the case has been closed, the court will take no action until a motion to reopen the case has been filed on Local Form 1367.92 with the appropriate filing fee and granted by the judge.

To obtain a list of approved debtor education providers, go to https://www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

After the case is closed, the reopening fee associated with a motion to reopen for the purpose of filing a certificate of debtor education is not waivable.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204